Craig R. Anderson, Esq.
Nevada Bar No. 6882
MARQUIS AURBACH
10001 Park Run Dr.
Las Vegas, NV 89145
Telephone: (702) 382-0711
Email: canderson@maclaw.com

Attorneys for Defendants
AON CENTRAL SERVICES, LLC;
AMERICAN ONCOLOGY NETWORK, LLC;
AMERICAN ONCOLOGY PARTNERS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**ESTEFANY GONZALEZ**, an individual,

Plaintiff,

v.

**AON CENTRAL SERVICES, LLC**, a Delaware limited liability company; **AMERICAN ONCOLOGY NETWORK, LLC**, a Delaware limited liability company; **AMERICAN ONCOLOGY PARTNERS, P.A.** dba HOPE CANCER CARE OF NEVADA, a Florida professional association,

Defendants.

Case No. 2:26-cv-02886-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

*(First Request)*

Plaintiff Estefany Gonzalez ("Plaintiff") and Defendants AON Central Services, LLC, American Oncology Network, LLC, and American Oncology Partners, P.A. dba Hope Cancer Care of Nevada (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules IA 6-1, IA 6-2, and 7-1, an extension of Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint, as follows:

1. Plaintiff filed the Complaint on September 11, 2026. ECF No. 1.

2. Defendants' current deadline to answer or otherwise respond to the Complaint is October 9, 2026.

3. Defendants recently retained counsel in connection with this action. Counsel first received the Complaint and was asked to undertake the defense on October 9, 2026, the date the response is presently due.

4. Given the timing of counsel's retention, Defendants require additional time to review the allegations, investigate the relevant facts, confer with their client, and evaluate and prepare an appropriate response to the Complaint, including any potentially applicable motions under Federal Rule of Civil Procedure 12.

5. On October 9, 2026, Defendants promptly contacted Plaintiff's counsel to request an extension. Plaintiff's counsel has agreed to the requested extension.

6. Accordingly, the parties stipulate and request that Defendants' deadline to answer, move, or otherwise respond to the Complaint be extended through and including **October 30, 2026**.

7. This is the parties' first request for an extension of Defendants' response deadline.

8. Good cause exists for the requested extension because Defendants only recently retained counsel, and counsel requires a reasonable opportunity to investigate the allegations and prepare a substantive response. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice Plaintiff.

9. This Stipulation is limited to the extension of Defendants' response deadline. Nothing herein constitutes an admission of any allegation, a general appearance, consent to personal jurisdiction, or a waiver of any claims, defenses, objections, or rights available to Defendants, including defenses under Federal Rule of Civil Procedure 12(b), to the extent otherwise available and properly preserved under applicable law.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. The parties respectfully request that the Court approve this Stipulation and extend Defendants' deadline to answer, move, or otherwise respond to the Complaint through and including October 30, 2026.

IT IS SO STIPULATED.

DATED: October 9, 2026

**MARQUIS AURBACH**

/s/ Craig R. Anderson
Craig R. Anderson, Esq.

Attorneys for Defendants
AON CENTRAL SERVICES, LLC;
AMERICAN ONCOLOGY NETWORK, LLC;
AMERICAN ONCOLOGY PARTNERS

**GREENBERG GROSS LLP**

*/s/ with email authorization*
Matthew T. Hale, Esq.
Marian L. Massey, Esq.

Attorneys for Plaintiff
ESTEFANY GONZALEZ

**ORDER**

IT IS SO ORDERED. Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including **October 30, 2026**.

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026